[No. 23427-7-I. Division One. September 5, 1989.]

ATHERTON CONDOMINIUM APARTMENT–OWNERS ASSOCIATION BOARD OF DIRECTORS, *Appellant,* v. BLUME DEVELOPMENT COMPANY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 86-2-00037-1, Gerald L. Knight, J., entered April 8, 1988. *Affirmed in part* and *reversed in part* by unpublished opinion per Winsor, J., concurred in by Webster and Pekelis, JJ.

[No. 22639-8-I. Division One. September 5, 1989.]

GORDON HAMILTON, *Appellant,* v. ATLAS ASSURANCE COMPANY, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 85-2-14715-4, Donald D. Haley, J., entered July 28, 1988. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Grosse, A.C.J., and Deierlein, J. Pro Tem.

[No. 11575-1-II. Division Two. September 8, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. LESLIE JOSEPH VAN DAAM, *Appellant.*

Appeal from a judgment of the Superior Court for Skamania County, No. 87-1-00042-5, Ted Kolbaba, J., entered November 10, 1987. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Reed and Petrich, JJ.